UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**, *ex rel.* **MARK J. O'CONNOR** and **SARA F. LEIBMAN**

   Plaintiffs-Relators,

  v.

**UNITED STATES CELLULAR CORPORATION**, *et al.*,

   Defendants.

Civil Action No. 20-cv-2071 (TSC)

## ORDER

  For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 165, the Motion to Dismiss of Defendants King Street Wireless, L.P., King Street Wireless, Inc., and Allison Cryor Dinardo, ECF No. 148, is hereby GRANTED; and Defendants United States Cellular Corporation, USCC Wireless Investment, Inc., and Telephone and Data Systems, Inc.'s Motion to Dismiss, ECF No. 149, is hereby GRANTED.  Accordingly, the case is hereby DISMISSED.  This is a final appealable order.

Date: March 22, 2023

               *Tanya S. Chutkan*
               TANYA S. CHUTKAN
               United States District Judge